PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Alan Souto**                                      Docket No. **2:08-cr-00886-JLL-1**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Adriana Garcia** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Alan Souto**, who was placed under pretrial release supervision by the **Honorable Jose L. Linares**, sitting in the Court at Newark, on December 4, 2008, under the following conditions:

$300,000 bond secured by the equity in the property located at 20 Barnert Avenue, Totowa, NJ 07512 and cosigned by his mother, Gladys Souto.

1. Pretrial Services supervision;
2. Drug testing and treatment as deemed appropriate by Pretrial Services;
3. Travel restricted to New Jersey and Florida or as otherwise approved by Pretrial Services;
4. Surrender of travel documents and do not apply for new ones;
5. Surrender of any and all firearms to a local police authority;
6. Surrender of any firearms permits to carry or purchase firearms;
7. The line of credit pulled out on the property owned by the defendant's mother, located at 20 Barnert Avenue, Totowa, NJ, is to be closed and proof of same must be provided to Pretrial Services with confirmation of the outstanding balance on the line of credit.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **a modification to the conditions of release to include a mental health evaluation and treatment as deemed appropriate by Pretrial Services.**

ORDER OF COURT

Considered and ordered this _____ day of _____, 09 and ordered filed and made a part of the records in the above case.

Honorable Jose L. Linares
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27, 2009

Adriana Garcia
U.S. Pretrial Services Officer