# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Alan Souto

Cr.: 08-00886-001
PACTS #: 53423

Name of Judicial Officer:   THE HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/18/2009

Original Offense: Conspiracy to Distribute a Controlled Substance

Original Sentence: 85 months custody, 5 years supervised release, $100 total special assessment

Special Conditions: Alcohol/drug testing and/or treatment; DNA testing

Type of Supervision: Supervised Release          Date Supervision Commenced: 08/11/2014

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On October 8, 2015, Souto was arrested by the Port St. Lucie Police Department in Florida and charged with stalking. According to reports, the offender allegedly harassed his ex-wife and mother-in-law by making numerous telephone calls and showing up near their home. |
| | On October 12, 2015, Souto's ex-wife contacted the Probation Office in the Southern District of Florida and advised she intends on dismissing the charges as they are in the process of reconciling. |
| | A court date is scheduled for January 11, 2016 at the Circuit Court of Florida. |

U.S. Probation Officer Action:

The Probation Office in the Southern District of Florida has advised this is the offender's first instance of noncompliance and request that no formal action be taken at this time. To date, Souto has tested negative for alcohol and drug use. We will keep the Court apprised of the outcome of this case and any additional instances of noncompliance.

Respectfully submitted,

*Anthony J. Nisi*

By: Anthony J Nisi
U.S. Probation Officer
Date: 12/17/2015

Prob 12A – page 2
Alan Souto

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

- [x] No Formal Court Action to be Taken at This Time
- [ ] Submit a Request for Modifying the Conditions or Term of Supervision
- [ ] Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

12/21/15
Date